# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. Bank, National Association, | Civil Action No. 3:23-cv-02574-MAS-DEA |
| Plaintiff, | |
| v. | **U.S. Bank's Rule 41(a)(1)** |
| TD Bank, N.A., | **Notice of Dismissal** |
| Defendant. | |

U.S. Bank National Association files this Rule 41(a)(1) Notice of Dismissal and states:

1. U.S. Bank filed this action on May 11, 2023.

2. To date, defendant has not served an answer or a motion for summary judgment.

3. Dismissal under Rule 41(a)(1), Federal Rules of Civil Procedure is proper.

 

THE GINZBURG LAW FIRM, P.C.

Dated: June 8, 2023            By: */s/Daniel Ginzburg*
                                                Daniel Ginzburg
                                                200 Village Center Drive, Unit 7045
                                                Freehold, NJ 07728
                                                (732) 284-3841
                                                daniel@ginzburglawfirm.com
                                                *Attorneys for Plaintiff U.S. Bank National Association*